Danny Joe HIRSCHFIELD, Appellant

v.

State of CALIFORNIA and California Department of Mental Health, Appellees.

No. 11–7145.

United States Court of Appeals,
District of Columbia Circuit.

May 4, 2012.

Danny Joe Hirschfield, Capitol Heights, MD, pro se.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and ROGERS, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant.

*See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 17, 2011, be affirmed. The district court properly concluded that appellant's claims for money damages against the State of California and a state agency are barred by the Eleventh Amendment. *See Edelman v. Jordan,* 415 U.S. 651, 662–63, 94 S.Ct. 1347, 39 L.Ed.2d 662 (1974); *Ali v. District of Columbia,* 278 F.3d 1, 6 (D.C.Cir. 2002).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.